IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| HENDERSON STATE BANK,<br><br>        Plaintiff,<br><br>vs.<br><br>MONTE LOWDERMAN and LOWDERMAN AUCTION OPTIONS, INC.,<br><br>        Defendants. | 8:20-CV-47<br><br>REASSIGNMENT ORDER<br>NUNC PRO TUNC |
|---|---|

This case is related to case no. 4:19-cv-3070 and case no. 8:20-cv-4. *See* NEGenR 1.4(a)(4)(C)(iii). Accordingly, pursuant to NEGenR 1.4(a)(4)(B),

IT IS ORDERED that this case is reassigned to Senior District Judge Richard G. Kopf for disposition and remains assigned to Magistrate Judge Susan M. Bazis for judicial supervision.

Dated this 31st day of January, 2020.

                                    BY THE COURT:

                                    */s/ John M. Gerrard*
                                    John M. Gerrard
                                    Chief United States District Judge