IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| MONTE LOWDERMAN and LOWDERMAN AUCTION OPTIONS, INC., <br><br> Third Party Plaintiffs, <br><br> vs. <br><br> NATHAN KOLTERMAN, <br><br> Third Party Defendant. | 8:20-CV-47 <br><br> ORDER |

The Court has been advised that the parties in this case have resolved their claims. Accordingly,

IT IS ORDERED:

1. This case is removed from the Court's trial calendar.

2. On or before January 18, 2023, the parties shall file a joint stipulation for dismissal, or other dispositive stipulation, together with submitting to the undersigned judge a draft order which will fully dispose of the case.

3. Absent compliance with this order, this case may be dismissed without further notice.

- 2 -

4. The parties' pending motions in limine (filing 143; filing 148; filing 149) are denied as moot.

5. The Clerk of the Court shall set a dismissal papers deadline of January 18, 2023.

Dated this 19th day of December, 2022.

BY THE COURT:

John M. Gerrard
United States District Judge